DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICARDO LEE WHYMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1056

[July 15, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey D. Gillen, Judge; L.T. Case No. 502001CF008755CXXXMB.

Ricardo Lee Whyms, Crawfordville, pro se.

No appearance required of appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., DAMOORGIAN and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***